IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DEBRA L. MARCH,<br><br>    Plaintiff,<br><br>  vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JPMORGAN CHASE BANK, N.A.; BANK OF AMERICA, N.A.; and U.S. BANK, N.A.,<br><br>    Defendants.<br>_____<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATE-HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE8,<br><br>    Counterclaimant and<br>    Third-Party Plaintiff,<br><br>  vs.<br><br>DEBRA L. MARCH; and DOES 1 through 20, inclusive, | CIVIL NO. 12-00306 DKW-BMK<br><br>**ORDER APPROVING COMMISSIONER'S FINAL REPORT AND DISCHARGING COMMISSIONER** |

Counterclaim Defendants,

and

UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE; STATE OF HAWAII, DEPARTMENT OF TAXATION; and DOES 1 through 20, inclusive,

Third-Party Defendants.

**ORDER APPROVING COMMISSIONER'S FINAL REPORT AND DISCHARGING COMMISSIONER**

On June 19, 2015, Frank Rothschild, the duly appointed Commissioner in the instant case, submitted the Commissioner's Final Report (Dkt. No. 152) in which he requests that the Court (1) approve and accept the Commissioner's Final Report; and (2) discharge the Commissioner from any further responsibilities and liabilities. This Court previously issued an order adopting the March 31, 2015 Findings of Fact and Recommendation ("F&R") of United States Magistrate Judge Barry Kurren. Dkt. Nos. 142 & 145. The F&R provided in relevant part that:

> After the Commissioner has made the conveyance and the distributions have been made as set forth in this Order, including attorneys' fees and costs for U.S. Bank and the Commissioner, and the Commissioner has filed his distribution statement and accounts conforming to the Order confirming

sale, the Commissioner shall be discharged from further duties and responsibilities as Commissioner.

Dkt. No. 142 at 7-8.

The Court finds that these requirements have been satisfied. Accordingly, the Court hereby APPROVES the Commissioner's Final Report (Dkt. No. 152) and DISCHARGES the Commissioner from further duties and responsibilities.

IT IS SO ORDERED.

DATED: July 10, 2015 at Honolulu, Hawai'i.



Derrick K. Watson
United States District Judge

---

March v. Mortgage Electronic Registration Systems, Inc. et al.; CV 12-00306 DKW-BMK; ORDER APPROVING COMMISSIONER'S FINAL REPORT AND DISCHARGING COMMISSIONER